# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DONNIE ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1319 |
| ) | Judge Trauger |
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon the reassignment of this case to Judge Trauger, the reference to the Magistrate Judge is **WITHDRAWN**, and the initial case management conference scheduled before the Magistrate Judge on August 19, 2014 is **CANCELLED**.

The Uncontested Motion for Extension of Time (Docket No. 7) is **GRANTED**, and the defendant may have until September 8, 2014 within which to file a responsive pleading.

It is further **ORDERED** that the Clerk shall issue Judge Trauger's standard Notice, setting this case for an initial case management conference before her on September 19, 2014 at 2:45 p.m.

It is so **ORDERED**.

ENTER this 8th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge